**LEE IGLODY, ESQ.**
2580 St Rose Pkwy, Suite 330.
Henderson, Nevada 89074
(702) 425-5366  lee@iglody.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MCCREARY,<br><br>Plaintiff,<br><br>v.<br><br>SUPREME COURT OF NEVADA,<br><br>Defendant. | CASE NO.:   3:23-cv-00414-LRH-CSD<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

THE PARTIES, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to dismissal of this matter with prejudice, with each party to bear his, her, or its own costs.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and by facsimile or electronic signature, each of which shall be an original but all of which together shall constitute one and the same instrument.

**AGREED TO BY THE PARTIES:**

| | |
|---|---|
| Dated: April 17, 2024 | Dated: April 17, 2024 |
| **IGLODY LAW**<br>*/s/     lee iglody*<br>Lee Iglody, Bar No. 7757<br>2580 St Rose Pkwy #330<br>Henderson, Nevada 89074<br>Tel: (702) 425-5366<br>E: lee@iglody.com<br>**THE WARSHAWSKY LAW FIRM**<br>Steven M. Warshawsky<br>118 North Bedford Road, Suite 100<br>Mount Kisco, NY  10549<br>T:  (914) 864-3353<br>E:  smw@warshawskylawfirm.com<br>(*Pro Hac Vice*)<br>***Attorneys for Plaintiff Michael McCreary*** | **AARON D. FORD**<br>Attorney General<br>*/s/ Sabrena K. Clinton*<br>Marni K. Watkins (Bar No. 9674)<br>Chief Litigation Counsel<br>Sabrena K. Clinton (Bar No. 6499)<br>Deputy Attorney General<br>Office of the Attorney General<br>555 E. Washington Ave, Suite 3900<br>Las Vegas, NV 89101<br>(702) 486-3420 (phone)<br>mkwatkins@ag.nv.gov<br>sclinton@ag.nv.gov<br>***Attorneys for Defendant Supreme Court of Nevada*** |

**ORDER**

Pursuant to the Stipulation between the Parties, IT IS ORDERED that this matter is dismissed with prejudice, with each party to bear his, her, or its own costs.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (ECF No. 17) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court shall dismiss this action and close this case.

IT IS SO ORDERED.

DATED this 22nd day of April, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE